LEVI B. MILLER, Appellant, *v.* PETER PERRINE AND ADOLPHUS PERRINE, Respondents.

*Notice of appeal— service of, on one partner sufficient.*

APPEAL from an order of the Herkimer County Court, dismissing the appeal.

A motion was made in the County Court of Herkimer county, to dismiss the appeal from the justice's court in this case, on the ground that notice of appeal had been served on Peter Perrine only, and not on Adolphus Perrine. The respondents were partners. The court were of opinion that notice to one partner was notice to both.

*Link & Dennison,* for the appellant.

*Burrows & Palmer,* for the respondents.

Opinion by GILBERT, J.

Order reversed, with costs.